DANIELLE OCHS, CA Bar No. 178677
danielle.ochs@ogletree.com
JASON P. BROWN, CA Bar No. 266472
jason.brown@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415-442-4810
Facsimile:     415-442-4870

Attorneys for Plaintiff
BEMIS COMPANY, INC.


GALEN T. SHIMODA, CA Bar No. 226752
attorney@shimodalaw.com
JUSTIN P. RODRIGUEZ, CA Bar No. 278275
jrodriguez@shimodalaw.com
BRITTANY V. BERZIN, CA Bar No. 325121
bberzin@shimodalaw.com
SHIMODA LAW GROUP
9401 E. Stockton Blvd., Suite 200
Elk Grove, CA  95624
Telephone:     916-525-0716

Attorneys for Defendant
BRADLEY SUMMERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEMIS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY SUMMERS, <br><br> Defendant. | Case No. 2:19-cv-00344-TLN-KJN <br><br> **STIPULATION AND ORDER RE EXTENDING TIME TO EXCHANGE FRCP RULE 26 DISCLOSURES** |

The parties to the above captioned action, by and through their undersigned counsel of record, stipulate as follows:

1. WHEREAS, the parties previously advised the Court they intended to exchange Initial Disclosures on July 15, 2019 in order to provide time to complete the forensic analysis ordered via the preliminary injunction in place in this matter;

2. WHEREAS, based upon revised estimates of the forensic process and review of the materials in question in the above matter the parties wish to continue the deadline for initial disclosures;

NOW THEREFORE, the parties agree and stipulate to continuing the deadline for the exchange of initial disclosures pursuant to FRCP Rule 26 to and including October 15, 2019.

IT IS SO STIPULATED.

DATED: July 15, 2019     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jason P. Brown*
    DANIELLE OCHS
    JASON P. BROWN
    Attorneys for Plaintiff
    BEMIS COMPANY, INC.

DATED: July 15, 2019     SHIMODA LAW GROUP

By: */s/ Justin Rodriguez*
    (*as authorized on July 15, 2019*)
    GALEN SHIMODA
    JUSTIN RODRIGUEZ
    BRITTANY BERZIN
    Attorneys for Plaintiff
    BRADLEY SUMMERS

/ / /

/ / /

/ / /

/ / /

/ / /

## ATTESTATION

Pursuant to Local Rule 131(e), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: July 15, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jason P. Brown*
DANIELLE OCHS
JASON P. BROWN
Attorneys for Plaintiff
BEMIS COMPANY, INC.

## ORDER

The Court, having considered the stipulation agreed to by the parties GRANTS the Stipulation:

1. The parties may have to and including October 15, 2019 within which to exchange their initial disclosures.

IT IS SO ORDERED.

DATED: July 16, 2019

Troy L. Nunley
United States District Judge